UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 8:25-mj-3527-AAS

LUCAS ALEXANDER TEMPLE
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 2.02(c), undersigned counsel, Stephen Consuegra and the Office of the Federal Defender, move to withdraw as counsel of record for the Defendant, Lucas Alexander Temple, and in support state as follows:

1. On November 20, 2025, this Court appointed undersigned counsel to represent Mr. Temple during the initial appearance. Docs. 3–12.

2. On November 26, 2025, attorney Bjorn Erik Brunvand filed his Notice of Appearance. Doc. 13.

3. Undersigned counsel is now moving to withdraw as counsel because Mr. Bjorn Erik Brunvand has been retained to represent Mr. Temple. Local Rule 2.02(c) requires that counsel cannot withdraw without leave of court.

4. Mr. Temple consents to undersigned counsel withdrawing, and counsel is mailing a copy of this motion to Mr. Temple today.

Accordingly, undersigned counsel moves for an order permitting him and the Office of the Federal Public Defender to withdraw as counsel of record.

Respectfully submitted December 1, 2025.

>   **CHARLES L. PRITCHARD Jr.**
>   **FEDERAL PUBLIC DEFENDER**
>
>   */s/ Stephen Consuegra*
>   Stephen Consuegra
>   Assistant Federal Public Defender
>   Florida Bar No. 105816
>   400 N. Tampa Street, Suite 2700
>   Tampa, Florida 33602
>   Telephone: (813) 228-2715
>   Facsimile: (813) 228-2562
>   E-mail: Stephen_Consuegra@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2025, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Risha Asokan

PA Bjorn Erik Brunvand

*/s/ Stephen Consuegra*
Stephen Consuegra
Assistant Federal Public Defender