UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA      :

v.                            :        Case No. 8:25-CR-00581-MSS-AAS

LUCAS ALEXANDER TEMPLE     :

## NOTICE OF APPEARANCE

Bjorn E. Brunvand, attorney for the Defendant, hereby enters this Notice of

Appearance on his behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Lucas Alexander Temple, the above-named defendant, do hereby waive my

right to be present at the Arraignment and enter a plea of not guilty to the charges. I

hereby state that I have received and reviewed a copy of the ~~superseding~~ indictment

herein.

s/Bjorn E. Brunvand
Bjorn E. Brunvand
Counsel for Defendant

Date: 12/29/2025

Lucas Temple
Lucas Alexander Temple
Defendant

Date: 12/29/25

## REQUEST FOR DISCOVERY

Defendant, Lucas Alexander Temple, by and through his undersigned counsel, hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

Respectfully Submitted,

s/ Bjorn E. Brunvand

BJORN E. BRUNVAND, ESQ.
BRUNVAND, WISE & FARINELLA
LAW GROUP

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

The matter of discovery will be addressed by separate order.

12/31/25
Date

HON. AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE