**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-581-MSS-AAS | **DATE:** | January 6, 2026 |
| **HONORABLE: AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA v. LUCAS ALEXANDER TEMPLE | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL** Risha Asokan | |
| | | **DEFENSE COUNSEL** Bjorn Brunvand | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 10:01 am – 10:02 am | **TOTAL:** 1 Minute | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS:** <u>Arraignment on Indictment</u>

Defendant waived personal appearance at arraignment.

Defendant waived reading of the indictment.

Defendant's not guilty plea entered as to all counts of the indictment.

Trail term February 2, 2026

Status Report due on or before January 15, 2026.

Defendants remain in custody.