UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA        :

v.                               :        Case No. 8:25-CR-581-MSS-AAS

LUCAS TEMPLE                     :

### UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, LUCAS TEMPLE, by and through undersigned counsel, hereby moves this Honorable Court to continue the trial scheduled for the February 2026 trial docket until the May 2026 trial docket, and move the motion deadline until March 16, 2026, and as grounds therefore, states as follows:

1.      Discovery has not yet been provided nor is it due until January 17, 2026.

2.      Counsel expects the discovery to be voluminous and anticipates that he cannot be ready to fully evaluate and file any potential motions until the proposed March 16, 2026 motion deadline and that he cannot be ready for trial if necessary until the May 2026 trial term.

3.      Counsel has discussed this motion with AUSA Risha Asokan, and she has no objection to the requested continuance.

4.      Counsel will supplement the motion with a signed waiver of speedy trial through July 2026 within the next ten days.

*United States v. Lucas Temple*
Unopposed Motion to Continue
Page 1 of 2

5.    Counsel hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant this unopposed motion to continue the motion deadline until March 16, 2026 and the trial until the May 2026 trial term.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant
Lucas Temple

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2026, I electronically filed the following with the Clerk of Court with notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND, WISE & FARINELLA
LAW GROUP
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077

*United States v. Lucas Temple*
Unopposed Motion to Continue
Page 2 of 2