UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-cr-581-MSS-AAS

LUCAS ALEXANDER TEMPLE

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of January 7, 2026, the United States herein states as follows:

1.     **Brief summary of the case's status:**

On December 18, 2025, a grand jury returned an indictment charging Lucas Alexander Temple with one count of possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d), one count of possession of a firearm with a removed serial number, in violation of 26 U.S.C. § 5861(h), and two counts of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2). The defendant was previously arrested on November 20, 2025, on a criminal complaint (Docs. 1 and 5) and made his initial appearance before U.S. Magistrate Judge Amanda A. Sansone the same day. The defendant was ordered detained.

The matter is set on the Court's February 2026 trial calendar.

2.     **Possibility of a plea agreement:**

The parties have not discussed the possibility of a plea agreement at this early

stage of proceedings. The United States anticipates superseding the indictment with additional charges.

**3.   Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately three days.

**4.   Pending motions, dates on which they were filed, and whether they are ripe for determination:**

On January 12, 2026, the defendant filed an unopposed motion to continue trial to the May 2026 trial term, and to extend the deadline to file pretrial motions to March 16, 2026. Doc. 26. That motion is ripe for determination.

**5.   Potential speedy trial and scheduling problems:**

The defendant was arraigned on January 6, 2026. Based on the United States' calculation, trial must commence by on or about Tuesday, March 17, 2026. Because this case is on the Court's February 2026 trial calendar, the parties do not anticipate any speedy trial problems.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Risha Asokan
      Risha Asokan
      Assistant United States Attorney
      Florida Bar No. 1003398
      400 W. Washington Street, Ste 3100
      Orlando, FL 32801
      Telephone: (407) 648-7500
      E-mail: risha.asokan2@usdoj.gov

3