UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                  **CASE NO: 8:25-cr-581-MSS-AAS**

**LUCAS ALEXANDER TEMPLE**

_____

**ORDER**

This cause comes before the Court for consideration on Defendant Lucas Alexander Temple's Unopposed Motion to Continue Trial and Pretrial Motions deadline. (Dkt. 26)   Accordingly, it is

**ORDERED** that this case is continued to the **MAY 2026 TRIAL TERM**, **which commences MAY 4, 2026**, with a more precise trial date to follow, **subject to the submission of a written Waiver of Speedy Trial through (MAY 31, 2026), within fourteen (14) days from the date of this Order.**   This continuance satisfies the ends of justice in accordance with the Speedy Trial Act of 1974 (18 U.S.C. §§ 3161-3165, *et seq*) and *United States v. Zedner*, 547 U.S. 489 (2006).

**It is further ORDERED** that the Pretrial Motions deadline is continued to **March 16, 2026.**

**It is further ORDERED** that the parties shall file a **Joint Status Report** on or before the fifteenth (15th) day of **each month**.   Said report shall include the following information:

1.      A brief summary of the status of the case, including the number of remaining defendants (including fugitives);

2.      The possibility, if known, of a plea agreement as to each defendant;

3.      The number of days for trial **each side** requires;

4.      A list of all pending motions, the dates on which they were filed, and whether they are ripe for determination; and

5.      A brief explanation as to whether a potential speedy trial problem exists and the date on which the speedy trial deadline expires.

No Status Conference will be held unless deemed necessary by the Court.

**DONE and ORDERED** in Tampa, Florida, this 13th day of January, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
United States Marshal Service
United States Probation Office
United States Pretrial Office