UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-581-MSS-AAS

LUCAS ALEXANDER TEMPLE

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of January 7, 2026, the United States herein states as follows:

1.      **Brief summary of the case's status:**

On December 18, 2025, a grand jury returned an indictment charging Lucas Alexander Temple with one count of possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d), one count of possession of a firearm with a removed serial number, in violation of 26 U.S.C. § 5861(h), and two counts of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2). The defendant was previously arrested on November 20, 2025, on a criminal complaint (Docs. 1 and 5) and made his initial appearance before U.S. Magistrate Judge Amanda A. Sansone the same day. The defendant was ordered detained.

The matter is set on the Court's May 2026 trial calendar.

2.      **Possibility of a plea agreement:**

The parties have not discussed the possibility of a plea agreement at this early

stage of proceedings. The United States anticipates superseding the indictment with additional charges no later than March 31, 2026.

**3.     The number of trial days each side requires:**

The government expects its case-in-chief to last approximately three days, subject to the anticipated superseding indictment.

At this early stage of the proceedings, the defendant does not know how many days, if any, he will require.

**4.     Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

**5.     Potential speedy trial and scheduling problems:**

The defendant was arraigned on January 6, 2026. Based on the United States' calculation, trial must commence by on or about Tuesday, March 17, 2026. On January 13, 2026, the Court granted the defendant's unopposed motion to continue trial to the May term, excluding the time through May 31, 2026. Doc. 28. On February 15, 2026, the defendant filed a waiver of Speedy Trial through June 30, 2026. Doc. 30. Accordingly, the parties do not anticipate any speedy trial problems.

3

The United States has consulted with counsel for the defendant and all parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Risha Asokan
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 W. Washington Street, Ste 3100
Orlando, FL 32801
Telephone: (407) 648-7500
E-mail: risha.asokan2@usdoj.gov