UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :

v. : Case No. 8:25-CR-581-MSS-AAS

LUCAS TEMPLE : 

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, LUCAS TEMPLE, by and through undersigned counsel, hereby moves this Honorable Court to continue the trial scheduled for the May 2026 trial docket until the July 2026 trial docket, and as grounds therefore, states as follows:

1. Counsel has been advised that defendant will be facing additional charges.

2. Defendant would like to evaluate the possibility of resolving the pending charges and potential additional charges via a superseding information instead of a superseding indictment.

3. Counsel has discussed this motion with AUSA Risha Asokan and AUSA Lauren Stoia and they have no objection to the requested continuance.

4. Counsel will supplement the motion with a signed waiver of speedy trial through August 2026 within the next ten days.

5.     Counsel hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant this unopposed motion to continue the trial until the July 2026 trial term.

Respectfully Submitted,

s/ Bjorn E. Brunvand
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant
Lucas Temple

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2026, I electronically filed the following with the Clerk of Court with notice of electronic filing to counsel for all parties.

s/ Bjorn E. Brunvand
BJORN E. BRUNVAND, ESQ.
BRUNVAND, WISE & FARINELLA
LAW GROUP
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077