UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-581-MSS-AAS

LUCAS ALEXANDER TEMPLE

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P.

17.1, the following status report. In response to the inquiries in the Court's order of

January 7, 2026, the United States herein states as follows:

1.   **Brief summary of the case's status:**

On December 18, 2025, a grand jury returned an indictment charging Lucas

Alexander Temple with one count of possession of an unregistered firearm, in

violation of 26 U.S.C. § 5861(d), one count of possession of a firearm with a

removed serial number, in violation of 26 U.S.C. § 5861(h), and two counts of

receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2). The defendant

was previously arrested on November 20, 2025, on a criminal complaint (Docs. 1

and 5) and made his initial appearance before U.S. Magistrate Judge Amanda A.

Sansone the same day. The defendant was ordered detained.

The matter is set on the Court's July 2026 trial calendar.

2.   **Possibility of a plea agreement:**

The parties have begun to discuss the possibility of a plea agreement to

charges in a superseding information. The United States is working on the pleadings to provide to the defendant.

**3.      The number of trial days each side requires:**

The government expects its case-in-chief to last approximately three days, unless plea negotiations fail and it were to seek a superseding indictment.

At this stage of the proceedings, the defendant does not know how many days, if any, he will require.

**4.      Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

**5.      Potential speedy trial and scheduling problems:**

There are no speedy trial problems in this case.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov

2