UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA        :

v.                              :        Case No. 8:25-CR-581-MSS-AAS

LUCAS TEMPLE                    :

### UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, LUCAS TEMPLE, by and through undersigned counsel, hereby moves this Honorable Court to continue the trial scheduled for the July 2026 trial docket until the September 2026 trial docket, and as grounds therefore, states as follows:

1.     Counsel has been advised that a proposed plea agreement along with a proposed superseding information should be available hopefully by the end of business this coming Thursday, June 18, 2026.

2.     Defendant would like to evaluate the possibility of resolving the pending charges and potential additional charges via a superseding information instead of a superseding indictment.

3.     Counsel is scheduled for surgery on July 1, 2026 and anticipated being unavailable for an extended time period during the recovery process following surgery.

4.      Counsel has discussed this motion with AUSA Lauren Stoia and she has no objection to the requested continuance.

5.      Counsel is authorized to file and is filing a waiver of speedy trial through December 31, 2026 today.

6.      Counsel hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant this unopposed motion to continue the trial until the September 2026 trial term.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant
Lucas Temple

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 16, 2026, I electronically filed the following with the Clerk of Court with notice of electronic filing to counsel for all parties.

> *s/ Bjorn E. Brunvand*
> BJORN E. BRUNVAND, ESQ.
> BRUNVAND, WISE & FARINELLA
> LAW GROUP
> Counsel for the Defendant
> 615 Turner Street
> Clearwater, Florida 33756
> Telephone No.: (727)446-7505
> Facsimile No.: (727)446-8147
> Email: bjorn@acquitter.com
> Florida Bar No. 831077