UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA     :

v.                           :          Case No. 8:25-CR-00581-MSS-AAS

LUCAS TEMPLE                 :

## **WAIVER OF SPEEDY TRIAL**

I, LUCAS TEMPLE, having been fully advised by my counsel and the Court of my right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.*, and the United States Constitution, hereby agree to waive my right to a speedy trial, through and including December 31, 2026.  Further, I have authorized my attorney to electronically sign waivers on my behalf.

Executed this 16th day of June, 2026, in Pinellas County, Florida.


s/ Lucas Temple
LUCAS TEMPLE
Defendant

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND, WISE & FARINELLA
LAW GROUP
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2026, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND, WISE & FARINELLA
Counsel for the Defendant