UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATESD OF AMERICA

v.                                       CASE NO: 8:25-cr-581-MSS-AAS

LUCAS ALEXANDER TEMPLE

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Risha Asokan.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ Lauren Stoia*
        Lauren Stoia
        Assistant United States Attorney
        United States Attorney No. 201
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Lauren.Stoia@usdoj.gov

**US v. Temple**                                    **Case No. 8:25-cr-581-MSS-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

By:   */s/ Lauren Stoia*
      Lauren Stoia
      Assistant United States Attorney
      United States Attorney No. 201
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Lauren.Stoia@usdoj.gov